2
Lilian G. Tsang, CA SB #260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Tel (209) 576-1954
Fax (209) 576-7984
Email: info@mod13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>CRAIG CLAYTON GILMORE<br><br><br><br>Debtor, | CASE NO. 24-20702<br><br>DC NO.:　LGT-3<br><br>CHAPTER 13 PROCEEDING<br><br>MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307<br><br>DATE:　April 29, 2025<br>TIME:　1:00 p.m.<br>PLACE: U.S. Courthouse<br>　　　　501 I Street, 6th Floor<br>　　　　Department B, Courtroom 32<br>　　　　Sacramento, CA 95814<br>JUDGE: Hon. Christopher D. Jaime |

**TO THE DEBTOR AND DEBTOR'S ATTORNEY:**

　　**YOU AND EACH OF YOU** are hereby notified that Lilian G. Tsang, Chapter 13 Standing Trustee, will move to **DISMISS FOR CAUSE** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

　　1. Unreasonable delay by the debtor that is prejudicial to creditors. [11 U.S.C. §1307(c)(1)]

　　2. Failure to confirm a Chapter 13 Plan. [11 U.S.C. § 1307(c)]

　　3. Debtor has failed to make payments due under the plan. As of March 11, 2025, payments are delinquent in the amount of $4,416.00. While this motion is pending, further payments will come due. In addition to the delinquency amount, Debtor must also make the monthly plan payment of $1,104.00 for March 25, 2025, and the plan payment of $1,104.00 for April 25, 2025. [11 U.S.C. §1307(c)(4)]

　　4. A review of Debtor's Schedules A/B and D shows that Debtor's personal property is

encumbered. Should the Debtor choose to amend Schedule C exemptions, there would remain non-exempt equity that may be available for the benefit of unsecured creditors. A more detailed explanation of the value of the assets is included in the accompanying Declaration. Therefore, the Court may determine that conversion rather than dismissal is in the best interest of creditors of the estate.

**WHEREFORE**, should the Court determine that conversion is not in the best interest of the creditors, Trustee requests that this case be dismissed. Should Debtors file a Motion to Confirm while this Motion to Dismiss is pending, Trustee requests the Motion to Dismiss be continued to be heard with the Motion to Confirm.

DATE: 3/11/25

/s/ Lilian G. Tsang
Lilian G. Tsang, Chapter 13 Trustee